UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW STEVEN BERTRAN, ADAM FORD GLASER, TIMOTHY JASON LOREEN, and NATHANIEL JOSEPH CHAPMAN,<br><br>Defendants. | No. 2:16-PO-0011-JTR-1<br><br>ORDER ACCEPTING GUILTY PLEAS AND DEFERRED PROSECUTION AGREEMENTS |

**THIS MATTER** came before the Court on February 3, 2017, for a status conference. Defendant Bertran was represented by Nicolas V. Vieth; Defendant Glaser was represented by Carl Joseph Oreskovich; Defendant Loreen was represented by Virginia Rockwood; and Defendant Chapman was represented by J. Stephen Roberts, Jr. Assistant United States Attorney Earl Allan Hicks appeared on behalf of the United States.

For the reasons discussed at the status conference, **IT IS HEREBY ORDERED:**

1. Defendants' guilty pleas as to Counts 1 and 4 and the corresponding deferred prosecution agreements are accepted. The Court finds Defendants have entered pleas of guilty this date to Counts 1 and 4, and that their decision to plead guilty is knowing and voluntary, without fear or coercion, and made after consultation with counsel.

ORDER . . . - 1

Case 2:16-po-00011-JTR    Document 87    Filed 02/06/17

2. Pending the resolution of this matter, Defendants shall be released on the previously-imposed conditions of pretrial release.

3. The Government shall submit a proposed order to the Court addressing the issue of the payment of restitution in the Eastern District of Washington as discussed in Defendants' "Guilty Plea and Deferred Prosecution Agreement" by no later than the close of business on **February 8, 2017**.

**IT IS SO ORDERED**. The District Court Executive is directed to enter this order and furnish copies to counsel.

DATED February 6, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER . . . - 2